UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:07MC244 ERW |
| | ) |
| LEONARD INGRAM, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The parties have appeared before this Court on the 28th of June 2007, but Respondent has failed to show cause why he should not be compelled to comply with the Internal Revenue Service summons issued February 20, 2007.

Accordingly,

IT IS HEREBY ORDERED that,

Respondent Leonard Ingram, comply with the Internal Revenue Service Summons issued on February 20, 2007;

IT IS FURTHER ORDERED that Respondent Leonard Ingram obey each and every requirement of the February 20, 2007, Summons, in particular, that he attend, testify, and produce the books, papers, records, or other data as is required and called for by the terms of the Summons, before Revenue Officer Alice F. O'Bryant. Respondent Leonard Ingram shall fully comply with this Order **no later than July 25, 2007.** Respondent Ingram is Ordered to contact Ms. O'Bryant to arrange compliance with the Summons so as to schedule a time that he can appear and produce the documents mutually convenient to both parties; and,

1

IT IS FURTHER ORDERED that in accordance with the Summons and the Petition to Enforce the Summons, Respondent Leonard Ingram shall produce, to wit:

> All documents in his possession or control reflecting the receipt of taxable income by him for the year ended December 31, 2005, including but not limited to: statement of wages for the year ended December 31, 2005, statements regarding interest or dividend income for the year ended December 31, 2005; employee earnings statements for the year ended December 31, 2005; records of deposits to bank accounts during the year ended December 31, 2005; and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust), so that federal income tax liability for the year ended December 31, 2005 (for which year no return has been made) may be determined;

IT IS FURTHER ORDERED that Petitioner United States of America shall file with this Court a Status Report indicating Respondent's compliance with the Summons **no later than July 26, 2007;** and,

IT IS FURTHER ORDERED, that if Respondent Leonard Ingram has not complied with the Order of this Court, he shall appear before this Court in Courtroom No. 12 South in the Thomas F. Eagleton U.S. Courthouse, 111 S. 10th Street, St. Louis, Missouri 63102, **on August 9, 2007, at 8:30 a.m.**, and Show Cause why he should not be held in contempt for failure to comply with this Order, as well the Order to Show Cause dated May 7, 2007, and why he should not be subject to further imposition of fines and/or incarceration.

Each side will bear its own costs and attorneys fees.

So Ordered this 9th Day of July, 2007.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE